IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br>*Plaintiff,* | CIVIL ACTION NO. 2:09cv00229 |
| v. | JUDGE HAYDEN HEAD |
| MITSUBISHI HEAVY INDUSTRIES, LTD., MITSUBISHI HEAVY INDUSTRIES AMERICA, INC., and MITSUBISHI POWER SYSTEMS AMERICAS, INC.,<br>*Defendants.* | |

**ORDER GRANTING MOTION TO STAY UNDER 28 U.S.C. § 1659**

After having considered Defendants Unopposed Motion to Stay pursuant to 28 U.S.C. § 1659 and any responses thereto, this Court finds that the Motion is meritorious and should be granted. It is therefore

ORDERED that all further proceedings in this action, including all claims involving U.S. Patent Nos. 5,083,039 ("the '039 patent"), 6,921,985 ("the '985 patent"), and 7,321,221 ("the '221 patent"), are STAYED pending a final determination of the United States International Trade Commission in *In re Certain Variable Speed Wind Turbines and Components Thereof*, ITC Inv. No. 337-TA-641.

Plaintiff may continue to perfect service of process on defendant Mitsubishi Heavy Industries, Ltd. during the period the case is stayed. Mitsubishi Heavy Industries, Ltd., if properly served during the time the case is stayed, may answer or otherwise plead within 20 days after the date this stay is lifted. October 5, 2009

*[signature]*
District Judge

1372.00001/440555.1